IN THE SUPREME COURT OF TEXAS

 No. 04-1023

 IN RE ALLIED CHEMICAL CORPORATION, ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion to stay consolidated trial setting and docket
control order, filed March 7, 2005, is granted. All underlying
proceedings are stayed in Cause No. C-4885-99-F, styled Alicia Acevedo, et
al. v. Union Pacific Railroad Company, et al., in the 332nd District Court
of Hidalgo County, Texas, pending further order of this Court.

 Done at the City of Austin, this March 28, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk